| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | PETER C. ANDERSON<br>UNITED STATES TRUSTEE<br>JILL M. STURTEVANT, State Bar No. 089395<br>ASSISTANT UNITED STATES TRUSTEE<br>QUEENIE K. NG, State Bar No. 223803<br>TRIAL ATTORNEY<br>OFFICE OF THE UNITED STATES TRUSTEE<br>725 South Figueroa Street, Suite 2600<br>Los Angeles, California 90017-5418<br>(213) 894-4356 telephone<br>(213) 894-2603 facsimile<br>Queenie.K.Ng@usdoj.gov |

**FILED & ENTERED**

**JUL 15 2010**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egarcia  DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In re:

**GERARDO HERNANDEZ**,

  Debtor.

Case No.: 2:10-bk-20743-SB

Chapter 7

**ORDER APPROVING STIPULATION TO DISMISS CASE UNDER 11 U.S.C. § 707(b)(2) WITHOUT REFILING BAR**

Date:  June 30, 2010
Time:  11:00 a.m.
Ctrm:  1575
       255 E. Temple Street
       Los Angeles, CA 90017

The hearing on the Stipulation to Dismiss Case Under 11 U.S.C. § 707(b)(2) Without Refiling Bar came on for hearing on June 30, 2010 at 11:00 a.m. in Courtroom 1575 before the Honorable Samuel L. Bufford, United States Bankruptcy Judge. Queenie K. Ng appeared on behalf of the U.S. Trustee. Other appearances, if any, are as noted on the record.

1

Having considered the Stipulation to Dismiss Case Under 11 U.S.C. § 707(b)(2) Without Refiling Bar, and good cause appearing,

IT IS SO ORDERED that:

1. The Joint Stipulation between United States Trustee and Debtor GERARDO HERNANDEZ to Dismiss Case Under 11 U.S.C. § 707(b)(2) Without Refiling Bar shall be and hereby is approved in its entirety;

2. The Debtor's case shall be and hereby is DISMISSED under 11 U.S.C. § 707(b)(2); and

3. Any order previously entered granting the Debtor a discharge shall be and hereby is VACATED.

IT IS SO ORDERED.

###

DATED: July 15, 2010

_____
United States Bankruptcy Judge

| In re: **GERARDO HERNANDEZ** | CHAPTER **7** |
|---|---|
| Debtor(s). | CASE NUMBER **2:10-bk-20743-SB** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
725 S. Figueroa St., Suite 2600, Los Angeles, CA 90017-1574

A true and correct copy of the foregoing document described as **ORDER APPROVING STIPULATION TO DISMISS CASE UNDER 11 U.S.C. § 707(b)(2) WITHOUT REFILING BAR**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __**N/A**__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
   **NOT APPLICABLE**

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On __**7/1/10**__, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
   SEE ATTACHED

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __**7/1/10**__, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
   The Honorable Samuel L. Bufford, Judge Bufford's Courtesy Bin outside Courtroom 1575, 255 E. Temple St., Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/1/2010 | Patti A. Brundige | /s/ Patti A. Brundige |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*                                                                                                                                **F 9013-3.1**

| In re: **GERARDO HERNANDEZ** | CHAPTER **7** |
|---|---|
| Debtor(s). | CASE NUMBER **2:10-bk-20743-SB** |

DEBTOR
**Gerardo Hernandez**
PO BOX 5213
Pasadena, CA 91117

DEBTOR'S ATTORNEY
**Vincent B Garcia**
8291 Utica Avenue Ste 201-A
Rancho Cucamonga, CA 91730

CHAPTER 7 TRUSTEE
**Richard K Diamond**
Danning, Gill, Diamond & Kollitz
2029 Century Park East, 3rd Floor
Los Angeles, CA 90067-2904

REQUEST FOR SPECIAL NOTICE
**Alan Steven Wolf**
38 Corporate Park
Irvine, CA 92606

**Atlas Acquisitions LLC**
**c/o Avi Schild**
Atlas Acquisitions LLC
294 Union St
Hackensack, NJ 07601

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

| In re: **GERARDO HERNANDEZ** | CHAPTER: **7** |
|---|---|
| Debtor(s). | CASE NUMBER: **2:10-bk-20743-SB** |

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING STIPULATION TO DISMISS CASE UNDER 11 U.S.C. § 707(b)(2) WITHOUT REFILING BAR** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **7/1/10**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

United States Trustee (LA)          ustpregion16.la.ecf@usdoj.gov
Queenie K. Ng                       Queenie.K.Ng@usdoj.gov
Richard Diamond                     jlv@dgdk.com
Atlas Acquisitions LLC              avi.schild@atlasacq.com
Alan Wolf                           wdk@wolffirm.com
Vincent Garcia                      lawofficesofvbg@yahoo.com

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

DEBTOR:   Gerardo Hernandez, P. O. Box 5213, Pasadena, CA 91117

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**